# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00004-JAD-VCF |
| vs. | **MINUTE ORDER** |
| LANALSIKOV LOWE, | |
| Defendant. | [Defendant's Motion to Dismiss Counsel and Appointment of New Counsel (#16)] |

Before the Court are Defendant's Motion for Speedy Trial Rights (#13) and Motion to Dismiss Counsel and Appointment of New Counsel. (#16).

**Background**

An indictment was filed against Defendant Lowe on January 7, 2014. (#1). On January 15, 2014, Defendant Lowe made his initial appearance and arraignment and plea. (#10). Defendant Salisbury pleaded not guilty after the Federal Public Defenders Office was appointed to represent him, and he was remanded to custody. *Id.* William Carrico, Esq. is Defendant's counsel of record. (#14). On February 6, 2014, Defendant filed the instant motion. (#16). Trial is set for March 18, 2014. (#10).

**A. Motion to Dismiss Counsel**

Defendant Lowe filed the instant motions (#'s 13 and 16) on his own behalf. Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." As Mr. Carrico is Defendant's counsel of record (#14) and has not filed a motion to withdraw as counsel, Defendant may not file motions on his own behalf. *See* Local

1. Rule IA 10-6(a). Defendant's Motion for Speedy Trial Rights (#13) and Motion to Dismiss Counsel and Appointment of New Counsel (#16) are deemed improper and must be stricken.

Accordingly and for good cause shown,

IT IS ORDERED that Defendant's Motion for Speedy Trial Rights (#13) and Motion to Dismiss Counsel and Appointment of New Counsel (#16) are hereby STRICKEN.

DATED this 28th day of February, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE